Certificate Number: 05781-NJ-DE-040434999

Bankruptcy Case Number: 25-23049



05781-NJ-DE-040434999

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 21, 2025, at 12:36 o'clock PM PST, Jennifer Philippe completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: December 21, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President