Certificate Number: 05781-NJ-DE-040435000

Bankruptcy Case Number: 25-23049



05781-NJ-DE-040435000

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>December 21, 2025</u>, at <u>12:36</u> o'clock <u>PM PST</u>, <u>McArthur Philippe</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>December 21, 2025</u>

By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>