Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-23049 / CMG**

McArthur Philippe
Jennifer G. Philippe

Petition Filed Date: 12/10/2025
341 Hearing Date: 01/08/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/02/2026 | $1,150.00 | | 02/03/2026 | $1,150.00 | | | | |

**Total Receipts for the Period: $2,300.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $2,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | McArthur Philippe | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Yakov Rudikh, Esq. | Attorney Fees<br>Hold Funds: Reserve | $3,550.00 | $0.00 | $3,550.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» 206 BROOME STREET/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MISSION LANE CREDIT CARD | Unsecured Creditors | $4,450.69 | $0.00 | $0.00 |
| 3 | MERRICK BANK | Unsecured Creditors | $2,497.87 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $1,389.80 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $1,385.83 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $696.07 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MASTERCARD WORLDCARD | Unsecured Creditors | $5,426.15 | $0.00 | $0.00 |
| 8 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 2019 TOYOTA RAV4 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MASTERCARD WORLD ELITE | Unsecured Creditors | $2,373.67 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MASTERCARD WORLD ELITE | Unsecured Creditors | $3,797.43 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BREAD REWARDS AMERICAN EXPRESS | Unsecured Creditors | $7,687.02 | $0.00 | $0.00 |
| 12 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 2020 TOYOTA TACOMA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK, NA<br>»» MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $7,044.61 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,791.64 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-23049 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,874.04 | $0.00 | $0.00 |
| 16 | M&T BANK<br>»» 206 BROOME ST /1ST MTG | Mortgage Arrears | $661.62 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,782.27 | $0.00 | $0.00 |
| 18 | WELLS FARGO BANK, NA | Unsecured Creditors | $5,329.28 | $0.00 | $0.00 |
| 19 | WELLS FARGO BANK, NA | Unsecured Creditors | $7,496.44 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $727.11 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,381.90 | $0.00 | $0.00 |
| 22 | GREENSKY, LLC | Unsecured Creditors | $5,571.34 | $0.00 | $0.00 |
| 23 | CAVALRY SPV I, LLC<br>»» CITIBANK, NA | Unsecured Creditors | $804.45 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»» SAM'S CLUB PERSONAL CREDIT | Unsecured Creditors | $1,193.41 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,300.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,150.00 |
| Paid to Trustee: | $170.20 | Arrearages: | $0.00 |
| Funds on Hand: | $2,129.80 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

