Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−23049−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

McArthur Philippe                          Jennifer G. Philippe
206 Broome Street                          206 Broome Street
Iselin, NJ 08830                           Iselin, NJ 08830

Social Security No.:
   xxx−xx−8794                                 xxx−xx−0144

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 24, 2026.

Dated: February 24, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-23049-CMG

McArthur Philippe                                                         Chapter 13

Jennifer G. Philippe
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                              Page 1 of 3

Date Rcvd: Feb 24, 2026                 Form ID: plncf13                    Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | McArthur Philippe, Jennifer G. Philippe, 206 Broome Street, Iselin, NJ 08830-2201 |
| 520914182 | + | Amex/Citibank, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2026 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2026 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520914179 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2026 20:53:33 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520921597 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2026 20:53:40 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520956693 | + | Email/Text: bkfilings@zwickerpc.com | Feb 24 2026 20:47:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520914181 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 20:53:46 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520914180 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 20:53:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520914183 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 20:53:45 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520914184 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2026 20:47:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520985653 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2026 20:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520914185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 20:53:42 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520970829 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 20:53:47 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520914186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 20:53:47 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520914187 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 20:53:36 | Citibank/The Home Depot, Citicorp Cr |

District/off: 0312-3        User: admin        Page 2 of 3

Date Rcvd: Feb 24, 2026        Form ID: plncf13        Total Noticed: 41

|  |  |  |  |
|---|---|---|---|
|  |  |  | Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520914188 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | | Feb 24 2026 20:53:34   Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520914189 | | Email/Text: mrdiscen@discover.com | |
|  |  | | Feb 24 2026 20:46:00   Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520914190 | + | Email/Text: bankruptcy@greenskycredit.com | |
|  |  | | Feb 24 2026 20:47:00   GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 520979288 | | Email/Text: bankruptcy@greenskycredit.com | |
|  |  | | Feb 24 2026 20:47:00   GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520914192 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  |  | | Feb 24 2026 20:47:00   Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 520924580 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | | Feb 24 2026 20:47:00   Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520956988 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | | Feb 24 2026 20:53:35   LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520914194 | | Email/Text: camanagement@mtb.com | |
|  |  | | Feb 24 2026 20:47:00   M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520973004 | | Email/Text: camanagement@mtb.com | |
|  |  | | Feb 24 2026 20:47:00   M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520935140 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | | Feb 24 2026 20:53:33   MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520914196 | | Email/Text: ml-ebn@missionlane.com | |
|  |  | | Feb 24 2026 20:46:00   Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 520914195 | + | Email/Text: kevin.styles@njcourts.gov | |
|  |  | | Feb 24 2026 20:47:00   Middlesex County Special Civil Part, P.O. Box 1146, New Brunswick, NJ 08903-1146 |
| 520914198 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | |
|  |  | | Feb 24 2026 20:46:00   New Jersey E-ZPass, P.O. Box 4971, Trenton, NJ 08650 |
| 520962349 | | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | | Feb 24 2026 20:47:00   Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520914199 | + | Email/Text: bankruptcy@rubinrothman.com | |
|  |  | | Feb 24 2026 20:46:00   Rubin & Rothman LLC, 1787 Veterans Memorial Hy, Islandia, NY 11749-1500 |
| 520914197 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
|  |  | | Feb 24 2026 20:46:00   New Jersey Division of Taxation, P.O. Box 245, Trenton, NJ 08695 |
| 520986140 | + | Email/PDF: ebn_ais@aisinfo.com | |
|  |  | | Feb 24 2026 20:53:35   Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520914200 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | | Feb 24 2026 20:53:33   Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520914201 | + | Email/Text: ClericalSupport@tenagliahunt.com | |
|  |  | | Feb 24 2026 20:47:00   Tengalia & Hunt, P.A, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 520914202 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
|  |  | | Feb 24 2026 20:47:00   Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 520961402 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
|  |  | | Feb 24 2026 20:46:00   Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520914203 | | Email/Text: bknotice@upgrade.com | |
|  |  | | Feb 24 2026 20:46:00   Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520915534 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | |
|  |  | | Feb 24 2026 20:53:45   U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520914204 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | |

|  |  | Feb 24 2026 20:53:34 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
|---|---|---|---|
| 520974419 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 24 2026 20:53:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520914191 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520914193 | * | Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 520967911 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520914205 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 520974420 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Joint Debtor Jennifer G. Philippe rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |
| Yakov Rudikh | on behalf of Debtor McArthur Philippe rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 5